

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 14 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, a California corporation; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> KRISTI NOEM, Secretary, Department of Homeland Security, in her official capacity; et al., <br><br> Defendants - Appellants. | No. 25-2581 <br><br> D.C. No. 2:20-cv-09893-JGB-SHK <br> Central District of California, Los Angeles <br><br> ORDER |

The request to expedite (Docket Entry No. 7) and to assign this case to a merits panel under General Order 6.4(d) are granted. The emergency motion to stay the district court's order pending appeal is referred to the panel that will be drawn under General Order 6.4(d).

The response to the emergency motion to stay is due May 19, 2025. The optional reply in support of the emergency motion to stay is due May 26, 2025. *See* Fed. R. App. P. 27(a).

At the Direction of the Court:

MOLLY C. DWYER
CLERK OF COURT