| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JUL 1 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

IMMIGRANT DEFENDERS LAW CENTER, a California corporation; et al.,

    Plaintiffs - Appellees,

 v.

KRISTI NOEM, Secretary, Department of Homeland Security, in her official capacity; et al.,

    Defendants - Appellants.

No. 25-2581

D.C. No. 2:20-cv-09893-JGB-SHK
Central District of California, Los Angeles

ORDER

Before: MURGUIA, Chief Judge, and R. NELSON and SANCHEZ, Circuit Judges.

In light of the Supreme Court's decision in *Trump v. CASA, Inc.*, No. 24A884 (S. Ct. June 27, 2025), the parties are directed to submit supplemental briefs addressing how the case should impact the panel's analysis with respect to any potential limit on the district court's § 705 Stay, and how the government could comply with a more limited § 705 Stay. The supplemental briefs should not exceed 3,000 words and should be submitted by July 7, 2025.