No. 25-2581

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

IMMIGRANT DEFENDERS LAW CENTER,

Plaintiff-Appellee,

v.

KRISTI NOEM, et al.,

Defendants-Appellants.

On Appeal from the United States District Court
for the Central District of California
Case No. 2:20-cv-09893

APPELLANTS' EXCERPTS OF RECORD: INDEX VOLUME

BRETT A. SHUMATE
   *Assistant Attorney General*

DREW C. ENSIGN
   *Deputy Assistant Attorney General*

BRIAN C. WARD
   *Acting Assistant Director*

CARA E. ALSTERBERG
CATHERINE M. RENO
ALANNA T. DUONG
   *Senior Litigation Counsel*
   *Office of Immigration Litigation*
   *Civil Division, U.S. Dep't of Justice*
   *P.O. Box 878, Ben Franklin Station*
   *Washington, DC 20044*
   *(202) 305-7040*

# TABLE OF CONTENTS

**DOCUMENT**                         **PAGE**

**VOLUME 1 OF 4**

1. [ECF 405] Order Granting Plaintiff's *Ex Parte* Application for a Stay of Agency Action under 5 U.S.C. § 705 (Apr. 16, 2025) ……………………2

**VOLUME 2 OF 4**

2. [ECF 413] Order Denying Defendants' *Ex Parte* Application to Stay the Stay of Agency Action under 5 U.S.C. § 705 (May 12, 2025)………….35

3. [ECF 409] Plaintiff's Opposition to Defendants' *Ex Parte* Application to Stay the Stay of Agency Action under 5 U.S.C. § 705 (Apr. 23, 2025) ……………..……………………………………………………………….46

4. [ECF 407] Defendants' *Ex Parte* Application to Stay the Stay of Agency Action under 5 U.S.C. § 705 (Apr. 21, 2025)……………………………69

5. [ECF 399] Defendants' Supplemental Briefing Regarding Plaintiff's *Ex Parte* Application for a Stay of Agency Action under 5 U.S.C. § 705 (Apr. 7, 2025)……………………………………………………………...93

6. [ECF 398] Plaintiff's Supplemental Briefing Regarding *Ex Parte* Application for a Stay of Agency Action under 5 U.S.C. § 705 (Apr. 7, 2025)…………………………………………………………….105

7. [ECF 379] Plaintiff's Reply in Support of *Ex Parte* Application for a Stay of Agency Action under 5 U.S.C. § 705 (Mar. 10, 2025)………………118

8. [ECF 378] Defendants' Opposition to Plaintiff's *Ex Parte* Application for a Stay of Agency Action under 5 U.S.C. § 705 (Feb. 25, 2025) …………………………………………………………………………….138

9. [ECF 371] Plaintiff's *Ex Parte* Application for a Stay of Agency Action under 5 U.S.C. § 705 (Feb. 11, 2025)……………………………..……….174

**VOLUME 3 OF 4**

10. [ECF 261] Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the Second Amended Complaint; and Granting Plaintiffs' Motion for Class Certification (Mar. 15, 2023) ……………295

11. [ECF 243] Defendants' Supplemental Brief in Support of the Motion to Dismiss the Second Amended Complaint and Opposition to the Motion for Class Certification (Sept. 16, 2022) ……………….…..……..370

12. [ECF 240] Plaintiffs' Supplemental Brief in Support of the Motion for Class Certification and Opposition to the Motion to Dismiss the Second Amended Complaint (Sept. 9, 2022)……………….…………….376

13. [ECF 208] Defendants' Reply in Support of the Motion to Dismiss the Second Amended Complaint (Mar. 7, 2022)……………………………426

14. [ECF 207] Plaintiffs' Opposition to the Motion to Dismiss the Second Amended Complaint (Feb. 23, 2022)……………………………………..457

15. [ECF 189] Defendants' Notice of Motion and Motion to Dismiss the Second Amended Complaint (Jan. 26, 2022)…………………………..509

**VOLUME 4 OF 4**

16. [ECF 175] Second Amended Complaint for Injunctive and Declaratory Relief (Dec. 22, 2021)…………………………………………………………..558

17. Transcript of Motion Proceedings (Mar. 31, 2025)……………………658

18. [ECF 406] Defendants' Notice of Appeal (Apr. 21, 2025)…………….703

19. Docket Number 2:20-cv-09893 (C.D. Cal.), July 29, 2025……………..705