|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | AUG 8 2025 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

IMMIGRANT DEFENDERS LAW CENTER, a California corporation; et al.,

    Plaintiffs - Appellees,

 v.

KRISTI NOEM, Secretary, Department of Homeland Security, in her official capacity; et al.,

    Defendants - Appellants.

No. 25-2581

D.C. No. 2:20-cv-09893-JGB-SHK
Central District of California, Los Angeles

ORDER

Before: MURGUIA, Chief Judge, and R. NELSON and SANCHEZ, Circuit Judges.

The Court is in receipt of Appellants' Petition for Rehearing En Banc ("Petition") filed August 7, 2025 (Doc. 62).[1] Because the Court's July 18, 2025 order is non-dispositive, per Ninth Circuit Rule 27-10(a)(2), the parties had 14 days from the date of the order, or until August 1, to file a motion for reconsideration en banc. The 45-day deadline set forth in FRAP 40(a)(1) for civil cases in which one of the parties is a United States officer does not apply to non-dispositive orders. For the sake of judicial efficiency in this case, however, the panel has voted to accept the late filing and hereby DIRECTS the Clerk to circulate the Petition to the full court.

---

[1] The Court construes Appellants' Petition as a motion for reconsideration en banc.