UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 25 2025



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

IMMIGRANT DEFENDERS LAW
CENTER, a California corporation; et al.,

        Plaintiffs - Appellees,

 v.

KRISTI NOEM, Secretary, Department of
Homeland Security, in her official capacity;
et al.,

        Defendants - Appellants.

No. 25-2581

D.C. No.
2:20-cv-09893-JGB-SHK
Central District of California,
Los Angeles

ORDER

---

Before: MURGUIA, Chief Judge, and R. NELSON and SANCHEZ, Circuit
Judges.

      Appellees are directed to file a response to the Petition for Rehearing En

Banc (Doc. 62) within 21 days of the date of this order. The response shall not

exceed 15 pages or 4,200 words.