UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 31 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

IMMIGRANT DEFENDERS LAW
CENTER, a California corporation; et al.,

   Plaintiffs - Appellees,

 v.

KRISTI NOEM, Secretary, Department of
Homeland Security, in her official capacity;
et al.,

   Defendants - Appellants.

No. 25-2581

D.C. No.
2:20-cv-09893-JGB-SHK
Central District of California,
Los Angeles

ORDER

Before: MURGUIA, Chief Judge, and R. NELSON and SANCHEZ, Circuit
Judges.

Judges Murguia and Sanchez have voted to deny the petition for rehearing

en banc, and Judge Nelson has voted to grant the petition for rehearing en banc.

The petition for en banc rehearing has been circulated to the full court, and

no judge of the court has requested a vote on the petition for rehearing en banc.

Fed. R. App. P. 40.

Appellant's Petition for Rehearing En Banc is DENIED (Doc. 62).